[Nos. 28048-1-I; 32281-8-I.  Division One.  December 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD WILLIAM MINIKEN, *Appellant*.

*In the Matter of the Personal Restraint of* DONALD WILLIAM MINIKEN.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04510-9, George A. Finkle, J., entered March 5, 1991, together with a petition for personal restraint. *Appeal*

*affirmed* and petition *denied* by unpublished opinion per Scholfield, J., concurred in by Pekelis, C.J., and Kennedy, J.